# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**NEUBERT AERO CORPORATION,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　Case No: 5:20-cv-45-JSM-PRL

**STARSTONE NATIONAL INSURANCE COMPANY, LONDON AVIATION UNDERWRITERS, INC. and SOUTHWEST AVIATION GROUP OF ARIZONA, INC.,**

    **Defendants.**

___

## ORDER

On February 15, 2021, Defendants London Aviation Underwriters, Inc. and Starstone National Insurance Company filed a motion to compel discovery regarding FAA records. (Doc. 83). Plaintiff filed a response. (Doc. 84). Now, Defendants seek leave to file a reply to address new issues raised by Plaintiff in its response. Upon due consideration, Defendants' motion (Doc. 85) is **GRANTED.** On or before **March 17, 2021**, Defendants may file a **7-page** reply limited to issues raised in Plaintiff's response.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on March 5, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties