## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

NEUBERT AERO CORPORATION,

    Plaintiff,

v.                                                              Case No: 5:20-cv-45-JSM-PRL

STARSTONE NATIONAL INSURANCE
COMPANY, LONDON AVIATION
UNDERWRITERS, INC. and
SOUTHWEST AVIATION GROUP OF
ARIZONA, INC.,

    Defendants.

_____

## <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 147) and Plaintiff's Objections to the Report and Recommendation (Dkt. 158).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 147) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    Defendants' Motion for Summary Judgment (Dkt. 107) is granted.

3.      Plaintiff's Motion for Summary Judgment (Dkt. 130) is denied.

4.      The Clerk is directed to enter Final Judgment in favor of Defendants London Aviation Underwriters, Inc. and Starstone National Insurance Company and against Plaintiff Neubert Aero Corporation as to Count One of the Amended Complaint.

5.      Plaintiff's Request for Oral Argument (Dkt. 159) is denied.

6.      All pending motions are denied as moot.

7.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of November, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record